# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY VON CARRUTHERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 3:26-cv-00540 |
| v. | ) | |
| | ) | CAPITAL CASE |
| JONATHAN SKRMETTI, Attorney | ) | |
| General, Tennessee, HEIDI KUHN, Shelby | ) | EXECUTION SCHEDULED |
| County Clerk of Court, STEVE MULROY, | ) | MAY 21, 2026 |
| Shelby County District Attorney, | ) | |
| CERELYN DAVIS, Chief, Memphis Police | ) | |
| Department, DAVID RAUSCH, Director, | ) | |
| Tennessee Bureau of Investigation, | ) | |
| DR. SCOTT COLLIER, Chief, Shelby | ) | |
| County Medical Examiner, FRANK | ) | |
| STRADA, Commissioner, Tennessee | ) | |
| Department of Correction, and | ) | |
| KENNETH NELSON, Warden, Riverbend | ) | |
| Maximum Security Institution, each in | ) | |
| their official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RESPONSE OF DR. SCOTT COLLIER TO PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND STAY OF EXECUTION

Defendant Dr. Scott Collier, Chief Shelby County Medical Examiner, submits this response to Plaintiff's Emergency Motion to Stay Litigation and Second Emergency Motion for Stay of Execution, [Doc. 22], stating as follows:

Dr. Collier's position in response to Plaintiff's second motion is not different from his response to the first motion [Doc. 25]. As stated previously, Defendant

Collier is sued in this § 1983 action in his official capacity only. (Complaint, Doc 1, PageID 1, 5).[1] In Plaintiff's Complaint, Defendant Collier is not accused of any wrongdoing. *Id.* In Plaintiff's second emergency motion, as in the first, no specific relief is requested from Defendant Collier. (Doc. 22). Although Defendant Collier does not concede that he is a proper defendant in the underlying § 1983 action, he again takes no position on Plaintiff's emergency motion and will continue to defer to the Court and the other parties as to relief sought therein.

Respectfully submitted this 8th day of May, 2026.

<u>s/ Michael D. Fitzgerald</u>
Michael D. Fitzgerald
Deputy General Counsel
Office of the General Counsel
505 Summer Place, UTT #1155
Knoxville, TN 37902
865-974-3245
mike.fitzgerald@tennessee.edu
Attorney for Defendant Dr. Collier

---

[1] A "§ 1983 individual-capacity claim differs from a § 1983 official-capacity claim. An official-capacity claim against a person is essentially a claim against the municipality." *Peatross v. City of Memphis*, 818 F.3d 233, 240–41 (6th Cir. 2016) (emphasis removed, citation omitted).