| | | |
|---|---|---|
| TONY VON CARRUTHERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:26-cv-00540 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| JONATHAN SKRMETTI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiff, Tony Von Carruthers, is scheduled to be executed on May 21, 2026. The amended (and operative) complaint in this action (Doc. No. 32, "Amended Complaint") seeks injunctive and declaratory relief, including a preliminary injunction and a permanent injunction barring Defendants from executing Plaintiff at least until certain fingerprint analysis has been conducted under the Post-Conviction Fingerprint Analysis Act of 2021, Tenn. Code Ann. §§ 40-30-401 *et seq*., and certain DNA analysis has been conducted under the Post-Conviction DNA Analysis Act of 2001, Tenn. Code Ann. §§ 40-30-301 *et seq*.

Now pending before the Court is Plaintiff's "Emergency Motion for Preliminary Injunction and Stay of Execution" (Doc. No. 3, "First Motion"). Via the First Motion, Plaintiff seeks an order "(1) granting [the] [First M]otion, (2) staying [Plaintiff's] execution currently scheduled for May 21, 2026, pending resolution of his [Amended] Complaint [p]ursuant to 42 U.S.C. § 1983, (3) entering a preliminary injunction enjoining Defendants from executing [Plaintiff] until this litigation is resolved, and (4) granting all other relief the Court deems appropriate." (Doc. No. 3 at 8). Defendants Jonathan Skrmetti, Steve Mulroy, David Rausch, Frank Strada, and Kenneth Nelson (collectively, "State Defendants") have filed a response (Doc. No. 24) in opposition to the

First Motion.[1] Plaintiff has filed a reply (Doc. No. 33) in further support of the First Motion.

Plaintiff has also filed an "Emergency Motion to Stay Litigation and Second Emergency Motion for Stay of Execution" (Doc. No. 22, "Second Motion," and collectively with the First Motion, "Motions"), therein seeking an order "(1) granting [the] [Second M]otion, (2) staying this litigation pending resolution of his pending request for DNA testing in the [Tennessee state courts], (3) staying his execution currently scheduled for May 21, 2026, pending resolution of this litigation, and (4) granting all other relief the Court deems appropriate." (Doc. No. 22 at 5).[2] The State Defendants have filed a response (Doc. No. 26) in opposition to the Second Motion. Plaintiff has filed a reply (Doc. No. 35) in further support of the Second Motion.

For the reasons stated in the accompanying Memorandum Opinion, the First Motion (Doc. No. 3) and the Second Motion (Doc. No. 22) are **DENIED** in their entirety.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has sued not only the State Defendants, but also Cerelyn Davis, Scott Collier, and Heidi Kuhn. The Court herein will refer to Cerelyn Davis, Scott Collier, Heidi Kuhn, and the State Defendants collectively as "Defendants."
  Heidi Kuhn has filed a response to the First Motion, indicating that "she takes no position on [the First Motion]." (Doc. No. 20 at 2). Scott Collier has also filed a response to the First Motion, indicating that he "takes no position on [the First Motion]." (Doc. No. 25 at 2). Cerelyn Davis has not filed a response to the First Motion.

[2] Heidi Kuhn has filed a response (Doc. No. 27) to the Second Motion therein contending that she "takes no position on [the Second Motion]." (Doc. No. 27 at 2). Scott Collier has also filed a response to the Second Motion, stating therein that he "takes no position on [the Second Motion]." (Doc. No. 34 at 2). Cerelyn Davis has not filed a response to the Second Motion