**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

TONY CARRUTHERS,

        **Plaintiff,**

v.

JONATHAN SKRMETTI, Attorney General, Tennessee, HEIDI KUHN, Shelby County Clerk of Court, STEVE MULROY, Shelby County District Attorney, CERELYN DAVIS, Chief, Memphis Police Department, DAVID RAUSCH, Director, Tennessee Bureau of Investigation, DR. SCOTT COLLIER, Chief, Shelby County Medical Examiner, FRANK STRADA, Commissioner, Tennessee Department of Correction, and KENNETH NELSON, Warden, Riverbend Maximum Security Institution, each in their official capacity,

        **Defendants.**

_____/

Case No: 3:26-cv-00540

CAPITAL CASE

Judge Richardson

<span style="color:red">**EXECUTION SCHEDULED**</span>
<span style="color:red">**MAY 21, 2026**</span>

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff Tony Carruthers appeals to the U.S. Court of Appeals for the Sixth Circuit from the Order (Dkt. 40) denying Plaintiff's Emergency Motion for Preliminary Injunction and Stay of Execution (Dkt. 3) and Emergency Motion to Stay Litigation and Second Emergency Motion for Stay of Execution (Dkt. 22) and the accompanying Memorandum Opinion of the Court (Dkt. 39) entered in this action on May 15, 2026.

1

QB\102569279.1

Dated: May 15, 2026

Respectfully submitted,

*/s/ Melanie C. Verdecia* .
Lucas Cameron-Vaughn
TN BPR No. 036284
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-645-5067
lucas@aclu-tn.org

Melanie C. Verdecia, Esq.*
QUARLES & BRADY LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602
(813) 387-0300
melanie.verdecia@quarles.com

Maria DeLiberato, Esq.*
American Civil Liberties Union
201 W. Main St. Suite 402
Durham, NC 27701
(717) 503-2730
mdeliberato@aclu.org

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff Tony Carruthers*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 15, 2026, a true and correct copy of the

foregoing has been served on counsel for all Defendants via the Court's CM/ECF system to the

following:

Cody N. Brandon
Deputy Attorney General
Constitutional Defense Division
JONATHAN SKRMETTI
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov

E. Lee Whitwell
Chief Litigation Attorney
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2145
lee.whitwell@shelbycountytn.gov
*Counsel for Defendant Heidi Kuhn, Shelby County Clerk of Court*

2

*Counsel for State Defendants, Tennessee
Attorney General and Reporter Jonathan
Skrmetti, 30th Judicial District Attorney
General Steve Mulroy, Tennessee Bureau of
Investigation Director David Rausch,
Tennessee Department of Correction
Commissioner Frank Strada, and Riverbend
Maximum Security Institution Warden
Kenneth Nelsen*

Michael Rhodes Fitzgerald, Jr.
Deputy General Counsel
Office of the General Counsel
505 Summer Place, UTT #1155
Knoxville, TN 37902
865-974-9321 Telephone
mike.fitzgerald@tennessee.edu
*Counsel for Defendant, Dr. Scott Collier,,
Chief, Shelby County Medical Examiner*

Jennie Vee Silk
Baker Donelson
jsilk@bakerdonelson.com
*Counsel for Cerelyn Davis, Chief, Memphis
Police Department*

/s/ Melanie C. Verdecia
Melanie C. Verdecia, Esq.
QUARLES & BRADY LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602
(813) 387-0300
melanie.verdecia@quarles.com
*Attorney for Plaintiff*

3

QB\102569279.1