# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TONY VON CARRUTHERS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| ) | No. 3:26-cv-00540 |
| v. ) | |
| ) | CAPITAL CASE |
|  JONATHAN SKRMETTI, Attorney ) | |
| General, Tennessee, HEIDI KUHN, Shelby ) | |
| County Clerk of Court, STEVE MULROY, ) | |
| Shelby County District Attorney, ) | |
| CERELYN DAVIS, Chief, Memphis Police ) | |
| Department, DAVID RAUSCH, Director, ) | |
| Tennessee Bureau of Investigation, ) | |
| DR. SCOTT COLLIER, Chief, Shelby ) | |
| County Medical Examiner, FRANK ) | |
| STRADA, Commissioner, Tennessee ) | |
| Department of Correction, and ) | |
| KENNETH NELSON, Warden, Riverbend ) | |
| Maximum Security Institution, each in ) | |
| their official capacity, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

## MOTION TO DISMISS BY SHELBY COUNTY CRIMINAL COURT CLERK HEIDI KUHN

Defendant Shelby County Criminal Court Clerk Heidi Kuhn moves, pursuant to Federal Rule of Civil Procedure 12, for dismissal of the claims against her. In support of her motion, Defendant Kuhn relies on the Memorandum in Support attached hereto.

Respectfully submitted,

*/s/  E. Lee Whitwell*
E. Lee Whitwell (#33622)
Chief Litigation Attorney
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN 38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorney for Defendant Heidi Kuhn*

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 22nd day of May, 2026, for service on all persons registered in connection with this civil action.

*/s/ E. Lee Whitwell*

2