# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY VON CARRUTHERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:26-cv-00540 |
| | ) | |
| JONATHAN SKRMETTI, Attorney | ) | CAPITAL CASE |
| General, Tennessee, HEIDI KUHN, Shelby | ) | |
| County Clerk of Court, STEVE MULROY, | ) | |
| Shelby County District Attorney, | ) | |
| CERELYN DAVIS, Chief, Memphis Polic | ) | |
| Department, DAVID RAUSCH, Director, | ) | |
| Tennessee Bureau of Investigation, | ) | |
| DR. SCOTT COLLIER, Chief, Shelby | ) | |
| County Medical Examiner, FRANK | ) | |
| STRADA, Commissioner, Tennessee | ) | |
| Department of Correction, and | ) | |
| KENNETH NELSON, Warden, Riverbend | ) | |
| Maximum Security Institution, each in | ) | |
| their official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julia Marie Hale of the Shelby County Attorney's Office hereby appears for and will represent the interests of Defendant Heidi Kuhn, in her official capacity, in this civil action. By appearance of counsel, Defendant does not waive any procedural right, substantive right, immunity, or defense she may have. This Notice is being filed for the purpose of notifying the Court and the other parties of the representation.

Respectfully submitted,

*s/ Julia Marie Hale*
JULIA MARIE HALE (BPR #37204)
julia.hale@shelbycountytn.gov
Shelby County Attorney's Office
160 North Main, Suite 950
Memphis, Tennessee 38103
(901) 222-2100
*Attorney for Defendant Heidi Kuhn*

### CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system this 29th day of May, 2026, for service on all persons registered in connection with this case.

**_s/ Julia Marie Hale_**