# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY VON CARRUTHERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 3:26-cv-00540 |
| v. | ) | |
| | ) | CAPITAL CASE |
| JONATHAN SKRMETTI, Attorney | ) | |
| General, Tennessee, HEIDI KUHN, Shelby | ) | |
| County Clerk of Court, STEVE MULROY, | ) | |
| Shelby County District Attorney, | ) | |
| CERELYN DAVIS, Chief, Memphis Police | ) | |
| Department, DAVID RAUSCH, Director, | ) | |
| Tennessee Bureau of Investigation, | ) | |
| DR. SCOTT COLLIER, Chief, Shelby | ) | |
| County Medical Examiner, FRANK | ) | |
| STRADA, Commissioner, Tennessee | ) | |
| Department of Correction, and | ) | |
| KENNETH NELSON, Warden, Riverbend | ) | |
| Maximum Security Institution, each in | ) | |
| their official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE OF SHELBY COUNTY CRIMINAL COURT CLERK HEIDI KUHN IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE DISCOVERY
### (ECF 38)

Defendant Shelby County Criminal Court Clerk Heidi Kuhn submits this response to Plaintiff's Emergency Motion to Expedite Discovery, (ECF 38), stating as follows:

On May 15, 2026, Plaintiff served Defendant Kuhn (and other Defendants) with discovery requests. Later that same day, Plaintiff filed an Emergency Motion to Expedite Discovery, seeking to require responses to those requests by the close of business three days later, on May 18, 2026. (ECF 38). However, later that same day, the District Court entered its Memorandum Opinion and denied the relief Plaintiff sought in his Emergency Motion for Preliminary Injunction and Stay of Execution. (ECF 39, 40). From there, the case was immediately appealed to the Sixth Circuit. And, ultimately, on May 21, 2026, Governor Bill Lee issued Plaintiff a one-year reprieve.

In light of the events that transcribed after Plaintiff filed his Emergency Motion to Expedite Discovery, that request is now quite plainly moot. To the extent that Motion is still before the Court, Defendant Kuhn submits this response in opposition, and requests that the Motion be denied as moot.[1]

---

[1] Defendant Kuhn reserves other defenses and objections that she has to Plaintiff's discovery requests. At the appropriate time, Defendant Kuhn will assert those defenses and objections in more detail. However, at a minimum, the Motion to Expedite is no longer appropriate.

2

Respectfully submitted,

*/s/ E. Lee Whitwell*
E. Lee Whitwell (#33622)
Chief Litigation Attorney
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN 38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorney for Defendant Heidi Kuhn*

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 29th day of May, 2026, for service on all persons registered in connection with this civil action.

*/s/ E. Lee Whitwell*