IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONY CARRUTHERS,  )
 )
    Plaintiff,  )
 )    Civil Case No. 3:26-cv-00540
v.  )
 )    JUDGE RICHARDSON
JONATHAN SKRMETTI, ET AL.,  )
 )
    Defendants.  )
 )

## ORDER

Plaintiff has filed a "Notice of Voluntary Dismissal Without Prejudice" (Doc. No. 54, "Notice"). The Notice constitutes a notice of dismissal before the opposing party has served an answer or motion for summary judgment. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice suffices to dismiss this action without any action on the part of the Court. The Notice states that the dismissal is without prejudice, so under Fed. R. Civ. P. 41(a)(1)(B), the dismissal is in fact without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice, and the Clerk is directed to enter final judgment for purposes of Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE